UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Andre R. Levesque

    v.                                      Civil No. 09-cv-418-SM

State of New Hampshire

**O R D E R**

Plaintiff's request to proceed in forma pauperis is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $16.40 is due no later than February 14, 2010. In addition, 20% of each preceding month's income credited to plaintiff's account shall be remitted by the Merrimack County Department of Corrections when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid. Failure to pay the fee as ordered will result in dismissal of the action without prejudice. In all other respects plaintiff's request for in forma pauperis has been granted.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: January 14, 2010

cc:    Andre R. Levesque, pro se
        Bonnie S. Reed, Financial Administrator
        Merrimack County Department of Corrections, Inmate Accounts