UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Andre R. Levesque</u>

   v.         Civil No. 09-cv-437-JL

<u>State of New Hampshire, et al</u>

<u>O R D E R</u>

After due consideration of the objections filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated 5/12/10.  All of the following cases[1] are consolidated into the above-captioned case, and the Report and Recommendation in each case is approved over any objections filed, without prejudice to any issue being re-raised properly in a motion to dismiss.

      Civil No. 09-cv-248-JD
      Civil No. 09-cv-418-SM
      Civil No. 09-cv-419-PB
      Civil No. 09-cv-427-PB
      Civil No. 09-cv-429-PB
      Civil No. 09-cv-430-SM
      Civil No. 09-cv-434-PB
      Civil No. 09-cv-435-SM
      Civil No. 09-cv-437-JL
      Civil No. 09-cv-438-SM
      Civil No. 09-cv-453-JD
      Civil No. 10-cv-040-SM
      Civil No. 10-cv-049-PB

---

  [1]Civil No. 10-cv-041-JD shall not be consolidated with the others, as it is on appeal.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  June 14, 2010

cc: Andre R. Levesque, pro se
    Nancy Smith, Esq.
    Corey M. Belobrow, Esq.